**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NCP Bayou 2 LLC, | No. CV-16-02392-PHX-SPL |
| Plaintiff, | |
| vs. | **ORDER** |
| Andrew J McAdams, et al., | |
| Defendants. | |

On July 18, 2016, Plaintiff NCP Bayou 2 LLC's predecessor in interest filed a Complaint against Defendants Andrew J. McAdams, Cassandra Parker, Tudor Cora, Elizabeth McAdams, CAP Partners LLC, US Refiloans LLC, VC Dynamics Incorporated, Random Software Group LLC, VC Solutions LLC, RSG Hosting LLC, Preferred Market Holdings Limited, AJM Capital LLC, AJM Development LLC, Set Sail Global Limited, Energy Reduction Center Incorporated, Conversion Genie Incorporated, and Douglas Epley (together, the "Defaulted Defendants"), among other Defendants. (Doc. 1)

The Defaulted Defendants were served at various times prior to October 20, 2016. (Docs. 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 27, 33, 35, 52, 53, 54, 55, 58 ) The Plaintiff later filed an Amended Complaint (Doc. 129), and each of the Defaulted Defendants was served with the Amended Complaint at various times prior to November 28, 2017. (Docs. 130, 131, 133, 134, 135, 137, 138, 140, 141, 143, 144, 145, 146, 158, 184, 208, 209). The Defaulted Defendants appeared in this action prior to October 24, 2017, the date upon which their counsel of record withdrew from the case. (Docs. 148, 153)

On various dates, the Plaintiff filed an Application for Entry of Default as to each of the Defaulted Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. (Docs. 50, 160, 161, 162, 165, 166, 167, 168, 169, 170, 171, 172, 173, 175, 229, 231, 233, 235, 237) The Clerk of Court entered default as to each of the Defaulted Defendants. (Docs. 186, 240)

On March 28, 2019, the Plaintiff filed a Revised Motion for Entry of Default Judgment for Liquidated Sum against the Defaulted Defendants pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. (Doc. 323) No response has been filed. Having reviewed Plaintiff's motion, the exhibits thereto, the record in this matter, and considered the factors under *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) as a whole, the Court concludes that the entry of default judgment against the Defaulted Defendants is appropriate. Accordingly,

**IT IS ORDERED:**

1. That Plaintiff's Revised Motion for Entry of Default Judgment for Liquidated Sum (Doc. 323) is granted;

2. That default judgment is entered pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of Plaintiff NCP Bayou 2 LLC against Defendants Andrew J. McAdams, Cassandra Parker, Elizabeth McAdams, Tudor Cora, CAP Partners LLC, US Refiloans LLC, VC Dynamics Incorporated, Random Software Group LLC, Preferred Market Holdings Limited, AJM Capital LLC, VC Solutions LLC, Set Sail Global Limited, Conversion Genie Incorporated, AJM Development LLC, Energy Reduction Center Incorporated, RSG Hosting LLC, and Douglas Epley in the total amount of $18,045,657.14;

3. That the Defendants are jointly and severally liable for the total amount of the monetary judgment;

4. That the Plaintiff may submit its request for costs and attorneys' fees within 14 days of the entry of this Order; and

///

5. That the Clerk of Court shall terminate this action and enter judgment accordingly.

Dated this 12th day of April, 2019.

Honorable Steven P. Logan
United States District Judge